UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL J. KNEITEL,

                JUDGMENT

        Plaintiff,               19-CV-3557 (PKC) (LB)

    v.

ALMARC REALTY CORPORATION;
KENSINGTON IMPERIAL LLC;
THE LAW OFFICES OF SCOTT GROSS PC;
SHEIK SADDICK, in his professional and
individual capacity; SCOTT DAVID GROSS,
in his official and individual capacity; and
JOHN and JANE DOE, in his/her official and
individual capacities,

        Defendants.
----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on June 28, 2019, dismissing Plaintiff's federal law claims for failure to state a claim, *See* 28 U.S.C. § 1915(e)(2)(B)(ii); declining to exercise supplemental jurisdiction, over Plaintiff's state law claims, *See* 28 U.S.C. § 1367(c)(3); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); granting Plaintiff thirty (30) days to file an amended complaint; an Order having been filed on August 13, 2019, dismissing this action without prejudice; an Order having been filed on January 9, 2019, extending the deadline for Plaintiff to file an amended complaint by January 6, 2020, and an Order having been filed on January 14, 2020, dismissing this action without prejudice; it is

        ORDERED and ADJUDGED that this action is dismissing without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in*

*forma pauperis* status is denied for the purpose of any appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, New York
January 15, 2020

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk