**MICHAEL J. KNEITEL**
450 Ocean Parkway -Apt 2D,
Brooklyn New York 11218

Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   <u>Michael Kneitel v Almarc Realty et.al.</u>, 19 CV 3557 (PKC)(LB)

Your Honor,

On or about the 22 day of October 2019, I contacted this Honorable Court regarding your dismissal of my complaint in the above-referenced action. To-date, I have not received any response.

Your Honor, this case hinges upon a landlord and attorney (the defendants) that violated my rights under the Americans with Civil Disabilities Act by taking me to court for the purposes of evicting me and my family because of a canine that is an emotional support animal. As a result I spent over $10,000.00 in legal fees to prevail against two frivolous lawsuits but the Housing Court did not order the defendant to pay may legal fees.

Moreover, the apartment the defendant rented had prior unresolved issues with lead based paint and, my daughter was diagnosed with lead poisoning. Furthermore, the defendant failed to make repairs to abate the lead based pain violations.

Finally, this defendant maintains a dwelling that is medically hazardous and unsuitable for habitability. This defendant has violated multiple stipulations of settlement and court orders.

I am aware there are federal statutes protecting the citizens of this country against lead based paint, the Americans with Civil Disabilities Act along with warranty of habitability issues. Please note that I am a Pro-Se litigant and do not possess the knowledge or artful manner in crafting a complaint but I do know that when reviewing a complaint from a Pro-Se litigant, the Court is required to glean the facts and apply the strongest argument for the plaintiff. I am asking you to do so or at least explain why my complaint does not contain a cause of action.

Very truly yours,

Michael Kneitel

Dated: Brooklyn, New York
        June 9, 2020

RECEIVED
JUN 15 2020
PRO SE OFFICE

*MICHAEL J. KNEITEL*
450 Ocean Parkway -Apt 2D,
Brooklyn New York 11218

Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   **Michael Kneitel v Almarc Realty et.al.,** 19 CV 3557 (PKC)(LB)

Your Honor:

Recently, I came to the USDC EDNY Clerk's Office located at 225 Cadman Plaza and inquired bout the poor person application connected with the above-referenced case. It has come to my attention; your honor dismissed my case without prejudice for failure to state a claim but allowed me 30 days to file an amended complaint.

I never received any notification from the clerks office and, I respectfully request this honorable courts permission for an extension to file an amended complaint.

Very truly yours,

Michael Kneitel, Plaintiff Pro-Se

Dated: Brooklyn, New York
       October 22, 2019

MICHAEL KNEITEL
450 Ocean Parkway #2D
Brooklyn, New York 11218

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK - PRO SE OFFICE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

